This memorandum opinion was not selected for publication in the New Mexico Reports.  Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions.  Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**A.C. CATTLE CO., a**
**New Mexico corporation,**

           **Plaintiff/Counterdefendant-Appellant,**

**vs.**                                                    **NO. 31,610**

**PORTALES NATIONAL BANK,**
**a division of the James Polk Stone**
**National Bank, and BARRY STONE,**
**an individual,**

           **Defendants/Counterplaintiffs-Appellees,**

**and**

**PORTALES NATIONAL BANK and**
**BARRY STONE,**

           **Third-Party Plaintiffs,**

        **vs.**

**ALVA CARTER, JR., as personal**
**representative of the Estate of Alva**
**Carter, Sr., deceased, ALAN CARTER,**
**an individual, ALVA CARTER, JR., an**
**individual, CARTER'S MILK FACTORY,**
**INC., a New Mexico corporation, SLOPING**
**HILLS DAIRY, LLC, a New Mexico limited**

**liability company, P.V.N.G.M., LLC, a New Mexico limited liability company, A.C. MOTORS, LLC, a New Mexico limited liability company, and P.V.N.F., LLC, d/b/a Big Valley Auto, a New Mexico limited liability company.**

**Third-Party Defendants.**

Martin E. Threet & Associates
Martin E. Threet
Albuquerque, NM

for Appellee

Doerr and Kndson, P.A.
Stephen E. Doerr
Portales, NM

for Appellants

**APPEAL FROM THE DISTRICT COURT OF ROOSEVELT COUNTY**
**Drew D. Tatum, District Judge**

**MEMORANDUM OPINION**

**GARCIA, Judge.**

Summary affirmance was proposed for the reason stated in the notice of proposed disposition. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired.

Affirmed.

**IT IS SO ORDERED.**

_____
**TIMOTHY L. GARCIA, Judge**

**WE CONCUR:**

_____
**CELIA FOY CASTILLO, Chief Judge**

_____
**JAMES J. WECHSLER, Judge**

3